
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re HUY-YING CHEN and YUEH-HUA CHEN,<br><br>      Debtors.<br>_____<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>HUY-YING CHEN and YUEH-HUA CHEN,<br><br>      Defendants.<br>_____<br><br>JP MORGAN CHASE BANK, WASHINGTON MUTUAL and LITTON LOAN SERVICES,<br><br>      Plaintiffs,<br><br> v.<br><br>HUY-YING CHEN, YUEH-HUA CHEN and CHINATRUST BANK USA,<br><br>      Defendants.<br>_____<br><br>CHINATRUST BANK USA,<br><br>      Plaintiff,<br><br> v.<br><br>HUY-YING CHEN, YUEH-HUA CHEN, SAFETY-TOUCH and JAVITHON, INC.,<br><br>      Defendants. | Case No. C07-1972RSM<br>C07-1973RSM<br>C07-1974RSM<br><br>MINUTE ORDER OF CONSOLIDATION |

MINUTE ORDER OF CONSOLIDATION - 1

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

These actions have been reassigned to Judge Ricardo S. Martinez and consolidated under cause number C07-1972RSM. All future documents filed in theses cases must bear the cause number C07-1972RSM and bear the Judge's name in the upper right hand corner of the document. The name of the Judge to whom these cases were originally assigned should not appear on any future documents filed with the Court. Please make the necessary corrections to your records reflecting these changes.

DATED this 27th day of December, 2007.

BRUCE RIFKIN, Clerk

By   /s/ Lowell Williams
       Deputy Clerk

MINUTE ORDER OF CONSOLIDATION - 2